J. Joseph McGinn et al., as Copartners under the Firm Name of Genesee Precision Tool and Die Company, Respondents, v. General Fuel Saving Corporation, Appellant.

*Appeal — unanimous affirmance of order denying compulsory reference — appeal therefrom dismissed.*

McGinn v. *General Fuel Saving Corpn.*, 197 App. Div. 922, appeal dismissed.

(Argued October 10, 1921; decided October 11, 1921.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1921, which affirmed an order of Special Term denying a motion for a compulsory reference. The respondents herein contended that the Court of Appeals had no jurisdiction to review said order of the Appellate Division, for the reason that it was not a final order, and that the decision of said Appellate Division was unanimous, and that no question of law had been certified by the Appellate Division and no appeal had been allowed either by the Appellate Division or by the Court of Appeals, and that no constitutional question was involved.

*Claude T. Taggart* and *Wilton Noyes* for appellant.
*Joseph P. Hogan* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.

———————

Annie E. Lang, as Administratrix of the Estate of Oscar C. Lang, Deceased, Respondent, v. The New York Central Railroad Company, Appellant.

(Submitted October 3, 1921; decided October 11, 1921.)

Motion to amend remittitur denied. (See 227 N. Y. 507.)